In the Interest of I.M. and B.L.W., Plaintiff,

**JUVENILE OFFICER, Respondent,**

v.

**B.M.—Natural Mother, Appellant.**

**No. WD 47881.**

Missouri Court of Appeals, Western District.

March 1, 1994.

Gerald F. McGonagle, Kansas City, for appellant.

Mary R. Marquez, Kansas City, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

*PER CURIAM.*

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Nicholas L. McGIRK, Appellant.**

**No. WD 47751.**

Missouri Court of Appeals, Western District.

March 1, 1994.

Marvin W. Opie, Crews, Gaw, Lutz & Opie, Tipton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

*ORDER*

*PER CURIAM.*

Nicholas L. McGirk, defendant, appeals from a conviction for unlawful use of a weapon, in violation of § 571.030.1(4), RSMo 1986. McGirk was sentenced to two years imprisonment.

Judgment is affirmed. Rule 30.25(b).